## NITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SMART EARTH TECHNOLOGIES LLC, *et al*.,[1] | Case No. 23-11866 (KBO) |
| Debtors. | (Jointly Administered) |

**SECOND AMENDED[2] NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR JANUARY 10, 2024 AT 2:00 P.M. (PREVAILING EASTERN
TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE,
LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM
NO. 3, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**

**REMINDER: SINCE THE AUDIO WILL BE GOING OVER ZOOM, NO COURTCALL INFORMATION SHOULD BE ADDED**
Topic: Smart Earth Technologies LLC, et al. - Case No. 23-11866 (KBO)

When: January 10 at 2:00 p.m. Eastern Time (US and Canada)

**YOU MUST USE YOU FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING**.

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers, as applicable, follow in parentheses): Smart Earth Technologies, LLC (3439) and Smart Water Services LLC (5752). The Debtors' address is 80 Liberty Ship Way, Suite 6, Sausalito, CA 94965.

**[2] Items amended to the agenda have been marked in bold.**

{01974341;v1 }

**RESOLVED MATTERS:**

1.  Debtors' Application for Order Authorizing the Debtors (A) to Employ and Retain G2 Capital Advisors, LLC to Provide Donald Van der Wiel as Chief Restructuring Officer and Additional Personnel, as Necessary, Effective as of the Petition Date, and (B) Granting Related Relief [Docket No. 66; filed December 1, 2023]

    Responses Received: None.

    Related Documents:

    A.  Certification of Counsel Regarding Debtors' Application for Order Authorizing the Debtors (A) to Employ and Retain G2 Capital Advisors, LLC to Provide Donald Van der Wiel as Chief Restructuring Officer and Additional Personnel, as Necessary, Effective as of the Petition Date, and (B) Granting Related Relief' [Docket No. 143; filed December 22, 2023]

    B.  Order Authorizing the Debtors (A) to Employ and Retain G2 Capital Advisors, LLC to Provide Donald Van der Wiel as Chief Restructuring Officer and Additional Personnel, as Necessary, Effective as of the Petition Date, and (B) Granting Related Relief [Docket No. 150; entered December 27, 2023]

    Status:   An order has been entered.

2.  Debtors' Application for Entry of an Order Authorizing the Debtors (I) to Employ and Retain Verdolino & Lowey, P.C., as Accountant for the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) Effective as of the Petition Date, and (II) Granting Related Relief [Docket No. 67; filed December 1, 2023]

    Responses Received: None.

    Related Documents:

    A.  Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Debtors (I) to Employ and Retain Verdolino & Lowey, P.C., as Accountant for the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) Effective as of the Petition Date, and (II) Granting Related Relief [Docket No. 144; filed December 22, 2023]

    B.  Order Authorizing the Debtors (I) to Employ and Retain Verdolino & Lowey, P.C., as Accountant for the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) Effective as of the Petition Date, and (II) Granting Related Relief [Docket No. 151; entered December 27, 2023]

    Status:   An order has been entered.

3.      Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Allen Matkins Leck Gamble Mallory & Natsis LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 69; filed December 1, 2023]

     Responses Received: None.

     Related Documents:

     A.     Certification of Counsel Regarding Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Allen Matkins Leck Gamble Mallory & Natsis LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 145; filed December 22, 2023]

     B.     Order Authorizing the Retention and Employment of Allen Matkins Leck Gamble Mallory & Natsis LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 152; entered December 27, 2023]

     Status:   An order has been entered.

4.      Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Ashby & Geddes, P.A. as Delaware Bankruptcy Counsel Nunc Pro Tunc to the Petition Date [Docket No. 70; filed December 1, 2023]

     Responses Received: None.

     Related Documents:

     A.     Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Ashby & Geddes, P.A. as Delaware Bankruptcy Counsel Nunc Pro Tunc to the Petition Date [Docket No. 146; filed December 22, 2023]

     B.     Order Authorizing the Employment and Retention of Ashby & Geddes, P.A. as the Debtors Bankruptcy Counsel nunc pro tunc to the Petition Date [Docket No. 153; entered December 27, 2023]

     Status:   An order has been entered.

5.      Motion Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 71; filed December 1, 2023]

     Responses Received: None.

<u>Related Documents</u>:

A.   Certification of Counsel Regarding Motion Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 147; filed December 22, 2023]

B.   Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals Date [Docket No. 154; entered December 27, 2023]

<u>Status</u>:   An order has been entered.

6.   Debtors' Application for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 72; filed December 1, 2023]

<u>Responses Received</u>: None.

<u>Related Documents</u>:

A.   Certification of Counsel Regarding Debtors' Application for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 148; filed December 22, 2023]

B.   Supplemental Declaration of Sheryl Betance in Support of (A) Debtors' Application for an Order Appointing Stretto, Inc. as Claims and Noticing Agent, and (B) Debtors' Application for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 149, filed December 22, 2023]

C.   Order Authorizing Retention and Appointment of Stretto, Inc. as Administrative Advisor Effective as of The Petition Date [Docket No. 155; entered December 27, 2023]

<u>Status</u>:   An order has been entered.

7.   Motion for Entry of Order Authorizing Rejection of Contract (Contract Counterparty: USCC Services, LLC) [Docket No. 72; filed December 1, 2023]

<u>Responses Received</u>: None.

<u>Related Documents</u>:

A.   Certificate of No Objection Regarding Motion for Entry of Order Authorizing Rejection of Contract (Contract Counterparty: USCC Services, LLC) [Docket No. 163; filed January 4, 2024]

B.     Order (I) Authorizing Rejection of Contract (Contract Counterparty: USCC Services, LLC) and (II) Granting Related Relief [Docket No. 164; enerted January 5, 2024]

Status:   An order has been entered.

## MATTERS GOING FORWARD:

8.     Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Enter Into Transaction Agreements with Fenix USA LLC and (II) Granting Related Relief [Docket No. 136; filed December 20, 2023]

Responses Received:

A.     Objection to Debtors Motion to Authorize Private Transaction with Fenix USA LLC [Docket No. 160; filed January 3, 2024]

Related Documents:

A.     Reply in Support of Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Enter Into Transaction Agreements with Fenix USA LLC and (II) Granting Related Relief [Docket No. 165; filed January 5, 2024]

B.     Declaration of Daniel Hardin in Support of the Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Enter Into Transaction Agreements with Fenix USA LLC and (II) Granting Related Relief [Docket No. 166; filed January 5, 2024]

C.     Supplemental Declaration of Brett L' Esperance in Support of the Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Enter Into Transaction Agreements with Fenix USA LLC and (II) Granting Related Relief [Docket No. 167, filed January 5, 2024]

D.     Notice of Filing Revised Proposed Order (I) Authorizing Debtors to Enter Into Transaction Agreements with Fenix USA LLC and (II) Granting Related Relief [Docket No. 168; filed January 5, 2024]

E.     Joint Exhibit(s) and Witness List for 1/10/24 Hearing [Docket No. 170, filed January 8, 2024]

Status:   This matter is going forward.

9. Motion for Entry of an Order (i) Authorizing Assumption and Assignment of Contract with TOHO Water Authority and (ii) Granting Related Relief [Docket No. 158; filed January 4, 2024]

   Responses Received: None.

   Related Documents: None.

   Status:   This matter is going forward.

Dated: January 8, 2023         **ASHBY & GEDDES, P.A.**
      Wilmington, Delaware

                  */s/ Gregory A. Taylor*
                  Gregory A. Taylor (No. 4008)
                  500 Delaware Avenue
                  P.O. Box 1150
                  Wilmington, DE  19899
                  Phone: (302) 654-1888
                  Email:  GTaylor@ashbygeddes.com

                  - and -

                  **ALLEN MATKINS LECK GAMBLE**
                   **MALLORY & NATSIS LLP**
                  Matthew G. Bouslog (admitted *pro hac vice*)
                  A. Kenneth Hennesay Jr. (admitted *pro hac vice*)
                  2010 Main Street, 8th Floor
                  Irvine, CA 92614
                  Phone: (949) 553-1313
                  Email:  MBouslog@allenmatkins.com
                        KHennesay@allenmatkins.com

                  *Counsel for the Debtors and Debtors in Possession*

{01974341;v1 }          6